```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

ALLAMBERGEN KUDAYBERGENOV,

                Defendant.

1:20-cr-228-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a telephonic Initial Conference on May 15, 2020 at 12:00PM. The Defendant, his appointed counsel, and counsel for the United States were in attendance. In accordance with matters discussed at that Conference, it is hereby ORDERED:

- Defendant may bring motions at any time up to and including **July 1, 2020**. The Government will have fourteen (14) days to oppose any such motion. The Defendant will have seven (7) days to reply. Once briefing is completed, the Court will schedule a hearing if necessary. Defendant shall advise the Court by letter, served and filed on ECF with a courtesy copy to chambers e-mail, if it determines at any time prior to July 1, 2020 that it does not intend to file any pre-trial motions.

- The Court will hold a Status Conference on **July 29, 2020**. The Court will enter an additional order with the time and location (or dial-in information, if the Conference is to be held telephonically).

As noted on the record at the Initial Conference, the Court finds that the ends of justice served by excluding all time until the July 29, 2020 conference outweigh the interest of the public and the defendant in a speedy trial. Accordingly it is FURTHERED ORDERED all time from today until July 29, 2020 is excluded under the Speedy Trial Act.

**SO ORDERED.**

Date:  May 15, 2020
        New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**