UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/29/2020
```

UNITED STATES OF AMERICA,

       V                    20cr0228 (MKV)

ALLAMBERGEN KUDAYBERGENOV

MARY KAY VYSKOCIL, United States District Judge:

The CourtCall video plea conference is scheduled for **Monday August 3, 2020 at 9am.** Members of the public and the press can use the following dial-in information:

Dial In Number 855-268-7844

Access Code 32091812#

PIN 9921299#

SO ORDERED.

Dated July 29, 2020

New York, New York

*/s/ Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge