```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>-against-<br><br>ALLAMBERGEN KUDAYBERGENOV,<br><br>                  Defendants. | 1:20-cr-228-MKV<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

Sentencing in this case has been rescheduled for November 2, 2020, at 9:00 AM and will be conducted remotely by videoconferencing on CourtCall. Members of the public and the press can use the following dial-in information:

- Phone: 855-268-7844
- Access code: 32091812
- PIN: 9921299

IT IS HEREBY ORDERED that the parties shall submit the attached Waiver of Right To Be Present at Criminal Proceeding and Consent to Proceed by Video or Tele Conference no later than October 30, 2020, at 4:00 PM.

**SO ORDERED.**

Date: October 29, 2020
      New York, NY

                                                            **MARY KAY VYSKOCIL**
                                                            **United States District Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                    -v-

                      ,
                Defendant.
------------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

-CR-    (   ) (   )

**Check Proceeding that Applies**

\_\_\_\_    Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law. I have consulted with my attorney about those charges. I have decided that I wish to enter a plea of guilty to certain charges. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:    _____    _____
              Print Name                  Signature of Defendant

\_\_\_\_    Sentence

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish to wait until the end of this emergency to be sentenced. I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions. I want my attorney to

be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: _____     _____
               Print Name                            Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: _____     _____
               Print Name                            Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date: _____
               Signature of Defense Counsel

**Accepted:** _____
               Signature of Judge
               Date:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

     -v-

       ,
      Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

-CR-   (   ) (   )

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_  Initial Appearance/Appointment of Counsel

\_\_\_  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_  Preliminary Hearing on Felony Complaint

\_\_\_  Bail/Revocation/Detention Hearing

\_\_\_  Status and/or Scheduling Conference

\_\_\_  Misdemeanor Plea/Trial/Sentence


_____  _____
Defendant's Signature         Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____  _____
Print Defendant's Name         Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.


_____      _____
Date               U.S. District Judge/U.S. Magistrate Judge