November 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -v-

Allambergen Kudaybergenov     Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 228 (MKV)(__)

Defendant __Allambergen Kudaybergenov__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

**X** Misdemeanor Plea/Trial/Sentence

_Verbal consent given by defendant._
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Allambergen Kudaybergenov
Print Defendant's Name

Defense Counsel's Signature
/s/ Amy Gallicchio

**Amy Gallicchio**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/2/2020
Date

_Mary Kay Vyskocil_
U.S. District Judge/U.S. Magistrate Judge